```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIGI GIROTTO,
                        Plaintiff(s)
                                                              23 civ 4004 (JGK)
        -against-

AESOP USA,
                        Defendant(s).
-----------------------------------------------------------X
```

## ORDER

The parties shall submit a Rule 26(f) report by **November 17, 2023**,

The conference scheduled for October 11, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                         _____
                                                                         **JOHN G. KOELTL**
                                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           October 2, 2023