#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,                                                         CASE NO: 1:23-cv-04004-JGK

      Plaintiff,

vs.

AESOP USA, INC., a Delaware corporation,
d/b/a AESOP WEST BROADWAY, and 436
REALTY LLC, a New York limited liability
company,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

      COMES NOW Plaintiff, LUIGI GIROTTO, and Defendant, AESOP USA, INC., a Delaware corporation, d/b/a AESOP WEST BROADWAY, and 436 REALTY LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

      Dated: This 26th day of October, 2023.

| | |
|---|---|
| By: /S/ Robert J. Mirel | By: /S/ Taren Greenidge |
|    Robert J. Mirel, Esq. |    Taren Greenidge, Esq. |
|    The Weitz Law Firm, P.A. |    Constangy, Brooks, Smith & Prophete, LLP |
|    Bank of America Building |    481 Penbrooke Drive, Suite 4b |
|    18305 Biscayne Blvd., Suite 214 |    Penfield, NY 14526 |
|    Aventura, Florida 33160 |    Telephone: (585) 286-2916 |
|    Telephone: (305) 949-7777 |    Email: tgreenidge@constangy.com |
|    Facsimile: (305) 704-387**7** |    *Attorneys for Aesop USA, Inc.* |
|    Email: rjm@weitzfirm.com | |
|    *Attorneys for Plaintiff* | |

By: /S/ Jeffrey H. Klarsfeld
   Jeffrey H. Klarsfeld, Esq.
   Platte, Klarsfeld, Levine, LLP
   10 East 40th Street, 46th Floor
   New York, NY 10016
   Telephone:  (212) 726-4423
   Facsimile: (212) 402 1788
   Email: jklarsfeld@plattelaw.com
   *Attorneys for 436 Realty LLC*