**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LUIGI GIROTTO,  CASE NO: 1:23-cv-04004-JGK

    Plaintiff,

vs.

AESOP USA, INC., a Delaware corporation,
d/b/a AESOP WEST BROADWAY, and 436
REALTY LLC, a New York limited liability
company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, AESOP USA, INC., a Delaware corporation, d/b/a AESOP WEST BROADWAY, and 436 REALTY LLC, a New York limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 24th day of January, 2024.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: BBW@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Taren Greenidge, Esq.
Constangy, Brooks, Smith & Prophete, LLP.
481 Penbrooke Drive, Suite 4b
Penfield, NY 14526
Telephone: (585) 286-2916
Email: tgreenidge@constangy.com
*Attorney for Defendant,*
*AESOP USA, INC.*

SO ORDERED:

1/26/24  _____
    U.S.D.J.

By: _____
Jeffrey H. Klarsfeld, Esq.
Platte, Klarsfeld, Levine & Lachtman, LLP
10 East 40th Street, 46th Floor
New York, NY 10016
Telephone: (212) 726-4423
Fax: (212) 402-1788
Email: jklarsfeld@plattelaw.com
*Attorney for Defendant,*
*436 REALTY LLC*

**SO ORDERED:**

_____
Hon. John G. Koeltl, U.S.D.J.

Dated: _____